UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC -6 AM 7:34

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| LIEUTENANT COWART | CIVIL ACTION |
| VERSUS | NO: 06-0347 |
| N. BURL CAIN, WARDEN | SECTION: "S"(6) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Lieutenant Cowart for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DENIED WITH PREJUDICE** as time-barred. Alternatively, the petition is **DENIED WITH PREJUDICE** on the merits.

New Orleans, Louisiana, this 5 day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No____